**Order entered December 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01428-CV

### IN RE ANDREW JACKSON, Relator

### Original Proceeding from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause Nos. F91-04916-WL & F92-02256-IL

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's November 20, 2019 petition

for writ of mandamus.

/s/    KEN MOLBERG
        JUSTICE